Motion GRANTED.
[signature]

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JUNE E. HAMER | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:11-cv-00521 |
| | ) | |
| v. | ) | Judge Trauger |
| | ) | Magistrate Judge Griffin |
| ST. THOMAS HOSPITAL | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Comes now Plaintiff, June E. Hamer ("Plaintiff" or "Mrs. Hamer"), by and through counsel and pursuant to Fed. R. Civ. P. 15(a)(2), and moves this Court for leave to amend her Complaint, add a prayer for liquidated damages, and to otherwise modify the complaint to reflect the voluntary dismissal of certain claims. This proposed amendment will have no substantive effect on the factual allegations, will not delay the progress of this matter, and will not prejudice the Defendant.

Further, Plaintiff has contemporaneously filed a *Notice of Voluntary Dismissal* which has precipitated this motion. A proposed *Amended Complaint* incorporating the changes requested above and those identified in the *Notice of Voluntary Dismissal* is filed contemporaneously with this motion as Exhibit A.